The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAGDALENA K. FOSS,<br><br>                         Plaintiff,<br><br>vs.<br><br>KING COUNTY, WASHINGTON and LAURA M. ALSPACH; THE CITY OF MONROE, WASHINGTON and PAUL HENDERSON,<br><br>                         Defendants. | No. 2:22-cv-01728-JHC<br><br>STIPULATED MOTION AND ORDER TO RESCHEDULE INITIAL CASE DEADLINES<br><br>*Noted for January 26, 2023* |

## **STIPULATED MOTION**

The parties jointly move this court to reschedule deadlines for the Fed R. Civ. P. ("FRCP") 26(f) Conference, Initial Disclosures, and Joint Status Report.

Plaintiff filed her complaint on December 6, 2022. Dkt. 1. Defendants City of Monroe and Paul Henderson filed a Notice of Appearance (Dkts. 3-5) and intend to file a FRCP 12 motion shortly. Defendants King County and Laura M. Alspach filed a 12(b)(6) Motion to Dismiss with a noting date of February 10, 2023. Dkt. 7. On January 19, 2023, the Court issued an Order with deadlines for the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report with a FRCP 26(f) Conference deadline for February 2, 2023. Dkt. 8.

---

STIPULATED MOTION AND ORDER TO
RESCHEDULE INITIAL CASE DEADLINES - 1
(No. 2:22-cv-01728-JHC)

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 Third Avenue, #W554
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

1   Given that Defendants King County and Laura M. Alspach have filed a dispositive motion
2   before the Court, and Defendants City of Monroe and Paul Henderson intend to file a dispositive
3   motion, the parties have conferred and are in agreement to postpone discovery, including the FRCP
4   26(f) Conference, Initial Disclosures, and Joint Status Report until a date after the Court rules on
5   the Defendants' motions.

6   Therefore, the parties seek an Order extending the start of discovery and continuing the
7   FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report to the following:

| Event | Current Deadline | New Deadline |
|---|---|---|
| FRCP 26(f) Conference | 2/2/2023 | 4/6/2023 |
| Initial Disclosures Deadline | 2/16/2023 | 4/20/2023 |
| Joint Status Report Deadline | 2/23/2023 | 4/27/2023 |

The parties agree that a further extension of these initial deadlines may be necessary if the Court has not had an opportunity to rule on the dispositive motions before the new proposed deadlines approach.

STIPULATED this 26th day of January 2023.


DEAN PRATHER ESQ. PLLC                    LEESA MANION (she/her)
                                          King County Prosecuting Attorney


*/s/ Dean Prather (as per email authorization)*    */s/ Michelle Gregoire*
Dean Prather, WSBA #56335                 Michelle C. Gregoire, WSBA #46467
1300 W Holly Street, #203                 Senior Deputy Prosecuting Attorney
Bellingham, WA 98225                      516 Third Ave., #W554
(360) 643-0499                            Seattle, WA 98104
deanprather@hotmail.com                   (206) 477-1120
*Attorney for Plaintiff*                  michelle.gregoire@kingcounty.gov
                                          *Attorneys for Defendants King County and
                                          Laura Alspach*

STIPULATED MOTION AND ORDER TO
RESCHEDULE INITIAL CASE DEADLINES - 2
(No. 2:22-cv-01728-JHC)

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 Third Avenue, #W554
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

| | |
|---|---|
| KEATING, BUCKLIN & McCORMACK, INC., P.S. | OGDEN MURPHY WALLACE, PLLC |
| */s/ Richard Jolley (as per email authorization)*<br>Richard B. Jolley, WSBA #23473<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>(206) 623-8861<br>rjolley@kbmlawyers.com<br>*Attorneys for Defendants City of Monroe and Paul Henderson* | */s/ Kari Lester (as per email authorization)*<br>Kari I. Lester, WSBA #28396<br>J. Zachary Lell, WSBA #28744<br>901 5th Ave, Suite 3500<br>Seattle, WA 98164<br>(206) 447-7000<br>zlell@omwlaw.com<br>klester@omwlaw.com<br>*Attorneys for Defendants City of Monroe and Paul Henderson* |

## ORDER

THIS MATTER having come before the Court upon the parties' stipulation and request for a continuance of initial case deadlines; it is hereby

ORDERED that discovery be postponed and the initial case deadlines be changed as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| FRCP 26(f) Conference | 2/2/2023 | 4/6/2023 |
| Initial Disclosures Deadline | 2/16/2023 | 4/20/2023 |
| Joint Status Report Deadline | 2/23/2023 | 4/27/2023 |

The parties may seek a further extension of these initial deadlines if the Court has not had an opportunity to rule on the dispositive motions before the new proposed deadlines approach.

ORDERED this 26th day of January, 2023.

_____
The Honorable John H. Chun
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO RESCHEDULE INITIAL CASE DEADLINES - 3
(No. 2:22-cv-01728-JHC)

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 Third Avenue, #W554
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191