IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAGDALENA K. FOSS,<br><br>  Plaintiff,<br><br>vs.<br><br>LAURA M. ALSPACH ET AL.,<br><br>  Defendants. | Case No.: 2:22-CV-01728-JHC<br><br>**ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

Before the Court is Plaintiff Magdalena K. Foss's Motion for Leave to Amend Complaint. Dkt. 29. The Court has considered the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the governing law. Being fully advised, the Court GRANTS the motion. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."). To be sure, this order is without prejudice to any motion to dismiss by any defendant.

Dated this 25th day of August, 2023

*/s/ John H. Chun*
John H. Chun
U.S. District Court Judge

**ORDER RE PLAINTIFF'S MOTION FOR LEAVE
TO AMEND COMPLAINT**
CASE No. 2:22-CV-01728-JHC - 1