1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

MAGDALENA K. FOSS,

9

Plaintiff,

10

v.

11

LAURA M. ALSPACH, PAUL
HENDERSON, JEREMY MUIR, MARK
KONOSKE, SHAWN LEDFORD and
KING COUNTY, WASHINGTON,

12

13

Defendants.

No. 2:22-cv-01728-JHC

ORDER GRANTING DEFENDANT
JEREMY MUIR'S MOTION TO
DISMISS PURSUANT TO FRCP 12(C)

14

15

16

17

18

19

20

21

22

23

This matter comes before the Court on Defendant Jeremy Muir's motion to dismiss

pursuant to FRCP 12(c).  Dkt. # 50.  The Court has considered: all papers filed in support of, and

in opposition to, the motion; pertinent portions of the record; and the applicable law.  The motion

is noted for October 27, 2023, but it is fully briefed and the Court sees no reason to delay ruling.

Being fully advised, for the reasons argued by Defendant Muir, Dkt. ## 50 & 56, the Court

GRANTS the motion to dismiss.

Plaintiff presents no argument or authority to persuade the Court that, with respect to

Defendant Muir, (1) she either met the limitations deadline; or (2) her motion for leave to amend

her complaint to add Defendant Muir somehow relates back to the filing of the original

ORDER GRANTING DEFENDANT JEREMY
MUIR'S MOTION TO DISMISS PURSUANT
TO FRCP 12(C) - 1
2:22-cv-01728-JHC

complaint.  *See* Fed. R. Civ. P. 15(c)(1)(C).  The Court thus DISMISSES the claims against

Defendant Muir with prejudice.  And accordingly, the Court STRIKES as moot "Defendant

Jeremy Muir's Motion to Dismiss Plaintiff's Federal Claims Against Him."  *See* Dkt. # 54.

DATED this 25th day of October, 2023.

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANT JEREMY
MUIR'S MOTION TO DISMISS PURSUANT
TO FRCP 12(C) - 2
2:22-cv-01728-JHC