UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MAGDALENA K. FOSS, | ) | |
| Plaintiff, | ) | No. 2:22-cv-01728-JHC |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LAURA M. ALSPACH, PAUL HENDERSON, | ) | |
| JEREMY MUIR, MARK KONOSKE, SHAWN | ) | |
| LEDFORD, and KING COUNTY, | ) | |
| WASHINGTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court on Defendants Mark Konoske and Shawn Ledford's Rule 12(c) Motion to Dismiss.  Plaintiff did not file an opposition to the motion.  Perhaps this was because of the Court order of October 25, 2023.  Dkt. # 57.  The motion is noted for November 17, 2023, but the deadline for opposing it has passed, and the Court sees no reason to delay ruling on it.

Per the reasoning in the October 25, order, the Court views the motion as meritorious. Further, pursuant to LCR 7(b)(2), the Court considers the lack of an opposition to the motion as an admission that it has merit.

1   Accordingly, the Court GRANTS the motion and DISMISSES the claims against

2 Defendants Mark Konoske and Shawn Ledford with prejudice.

3   DATED this 14th day of November, 2023.

4

5

6             John H. Chun
              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2
(No. 2:22-cv-01728-JHC)