UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MAGDALENA K. FOSS,<br><br>               Plaintiff,<br><br>   v.<br><br>LAURA M. ALSPACH, PAUL HENDERSON, JEREMY MUIR, MARK KONOSKE, SHAWN LEDFORD and KING COUNTY, WASHINGTON,<br><br>               Defendants. | No. 2:22-cv-01728-JHC<br><br>ORDER |

       This matter comes before the Court on Defendant Paul Henderson's Motion to Dismiss Plaintiff's Federal Claims Against Him. Dkt. # 60. The motion is noted for December 1, 2023, but it is unopposed, and the Court sees no reason to wait to rule on it. The Court has reviewed the motion, pertinent portions of the record, and the applicable law.

       The motion appears meritorious. Also, the Court considers Plaintiff's non-opposition as an admission that the motion has merit. *See* LCR 7(b)(2). Accordingly, the Court GRANTS the motion and DISMISSES the federal claims against Defendant Henderson with prejudice.

       DATED this 30th day of November.

                                                                                      John H. Chun
                                                                                      United States District Judge

ORDER - 1
2:22-cv-01728-JHC